UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| TARAH SAHLBERG, | ) | |
| | ) | No.: 13-35651 |
| Plaintiff-Appellant, | ) | |
| | ) | |
| vs. | ) | Dist. Ct. No.: 2:12-cv-01457-RSL |
| | ) | |
| P.S.C. INC.; ADAMS & ADAMS | ) | |
| LAW, P.S., | ) | PLAINTIFF-APPELLANT'S |
| | ) | REQUEST FOR A 30-DAY |
| Defendants-Appellees. | ) | EXTENSION TO FILE HER |
| | ) | OPENING BRIEF AND EXCERPTS |
| | ) | OF THE RECORD |

1.      Plaintiff-Appellant's opening brief and excerpts of the record are due to this court on or before October 28, 2013.

2.      Plaintiff-Appellant now requests an extension of 30 days to file her opening brief and excerpts of the record.

3.      Should this Court grant Plaintiff-Appellant's request, she would be required to serve and file her opening brief and excerpts of the record on or before November 27, 2013.

4.      Plaintiff-Appellant's counsel has been engaged, and is engaged as counsel, in other matters demanding attention.

5.      For example, he is responsible for preparing another brief due to this Court on October 31, 2013, in the matter of *Michelle Echlin v. Columbia Collectors Inc.*, No. 13-35359.

6.    He is also responsible for preparing briefs in an unrelated class action—specifically, briefs in connection with a proposed nationwide class action settlement—which are due on or before October 16, 2013, in the matter of *Adrienne Dancer v. Los Angeles Times Communications, LLC*, pending before the Superior Court of California, County of Los Angeles, No. BC472154.

7.    He must additionally prepare for, and take depositions in yet another unrelated class action—on October 21, 2013 and October 24, 2013 respectively—in the matter of *Lisa Grochowski v. Daniel N. Gordon, P.C., et al*., pending before the Western district of Washington, No. No. 2:13-cv-00343-TSZ.

8.    And, he is also responsible for many other matters arising out of his day-to-day practice.

9.    Plaintiff-Appellant's counsel has exercised the necessary diligence required by this Court, and will file Plaintiff-Appellant's opening brief and excerpts of the record within the extension of time requested.

10.    Defendant-Appellee P.S.C. Inc. does not object to Plaintiff-Appellant's request for an additional 30 days to file her opening brief and excerpts of the record.

11.    Defendant-Appellee Adams & Adams Law, P.S. has not responded to Plaintiff-Appellant's request.

12.    The court reporter is not in default with regard to any designated transcripts.

13.    WHEREFORE, Plaintiff-Appellant requests that this Court enter an order granting her a 30 day extension to file her opening brief and excerpts of the record.

s/Aaron D. Radbil
Aaron D. Radbil
WEISBERG & MEYERS, LLC
5025 North Central Ave, Ste 602
Phoenix, AZ 85012
Phone: (786) 245-8622
Facsimile: (866) 842-3303
Email:
aradbil@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2013, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's Appellate Electronic Case Files system.

s/Tremain Davis
Tremain Davis